NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ADVANCE CONSTRUCTION SERVICES, INC.,**
*Appellant,*

v.

**JOHN MCHUGH, SECRETARY OF THE ARMY,**
*Appellee.*

---

2011-1536

---

Appeal from the Armed Services Board of Contract Appeals in no. 55232, Administrative Judge Owen C. Wilson.

---

**ON MOTION**

---

**O R D E R**

John McHugh, Secretary of the Army, moves for a 60-day extension of time, until February 15, 2012, to file its response brief. Advance Construction Services, Inc. opposes.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

__DEC 0 6 2011__
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Gerald Scott Walters, Esq
     Dawn E. Goodman, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

DEC 0 6 2011

JAN HORBALY
CLERK